1  Michael D. Braun (167416)
2  **BRAUN LAW GROUP, P.C.**
   10680 W. Pico Blvd., Suite 280
3  Los Angeles, CA 90064
   Phone:  (310) 836-6000
4  Fax:    (310) 836-60106
   E-Mail: service@braunlawgroup.com
5

6  Roy A. Katriel (265463)
   **THE KATRIEL LAW FIRM**
7  4225 Executive Square, Suite 600
   La Jolla, CA 92037
8  Tel:   (858) 242-5642
   Fax:   (858) 430-3719
9  E-mail: rak@katriellaw.com

10 *Counsel for Plaintiff*

11

12             **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14                  **SOUTHERN DIVISION**

15

16

17 COLLEEN DAVISON, individually and    CASE NO.
   on behalf of all others similarly situated,

18                                       **CLASS ACTION**
              Plaintiff,
19                                       **COMPLAINT**
          vs.
20                                       **JURY TRIAL DEMANDED**
   KIA MOTORS AMERICA, INC.
21
              Defendant.
22

23

24

25

26

27

28

Plaintiff Colleen Davison ("Plaintiff"), by her undersigned attorneys, brings this class action against Kia Motors America, Inc., on her own behalf and on behalf of all other similarly situated owners of 2001-2006 model year Kia Optima vehicles ("Class Vehicles") and alleges as follows based upon information and belief and the investigation of their counsel:

## **INTRODUCTION**

1.    Plaintiff Colleen Davison  ("Davison") brings this action against Kia Motors America, Inc. ("Kia" or "Defendant") for injunctive, equitable, and declaratory relief on behalf of herself and all other similarly situated owners of 2001-2006 Kia Optima automobiles ("the Class Vehicles").

2.    Plaintiff  Davison is the owner of a 2003 Kia Optima  automobile. In June 2013, Ms. Davison began experiencing difficulty with the door locking mechanism on her vehicle, specifically the front driver and passenger doors ("Door Lock Defect").  At first, after unlocking the doors with the key fob, merely touching the door handle would trigger the doors to lock preventing ingress into the vehicle and necessitate a manual unlocking of the vehicle from the outside.  Concurrently, Ms. Davison was no longer able to unlock the doors from the inside of the vehicle and could only do so from the outside.  On more than one occasion, as a result of the Door Lock Defect, Ms. Davison was locked into the vehicle and could only exit by climbing over the front seat into the back of the vehicle and exiting the rear door.  After having been trapped in the front of the vehicle, Ms. Davison could no longer take the risk of locking her vehicle while driving.

3.    Ms. Davison subsequently called Hansen Kia in Olympia Washington to explain what she was experiencing and the fact that it posed a significant safety threat to her and her passengers.  The Kia representative said the car was out of warranty and the repair, which would cost around $500.00 would be the responsibility of the owner.

Case No.                                                                                                          COMPLAINT

4.    Ms. Davison did not have the funds to fix the vehicle at the time and was forced to drive it in its impaired condition.

5.    Over the next few months, even manually unlocking the doors became increasingly more difficult until that too became impossible. As a result, by September, Ms. Davison was unable to unlock her front doors by any method (i.e. using the FOB or manually) which meant that her vehicle could no longer be locked (either when driving or when it was parked and left alone).

6.    At this point her Kia Optima posed an unreasonable safety hazard.   A vehicle door lock that will not unlock on demand poses a clear and definitive safety risk to vehicle occupants who may need to egress the vehicle quickly in the event of a crash, vehicle fire, or other emergent circumstance.   But  defective Kia optima door locks failed to assure that this could happen, as their defective nature meant that, as in Plaintiff's case, the door could not actually be unlocked and opened on demand.

7.    The defect also led to a corollary safety risk.  On the one hand, Ms. Davison could not lock her doors without running the risk of being trapped inside in the event of an accident or if she could not contort herself in order to climb over the seats and exit the rear of the vehicle. On the other hand, forcing Ms. Davison  to drive the vehicle without locking the doors in order to account for the defective door locks that could trap her in the car poses its own independent safety concern.  For decades, U.S. Department of Transportation Federal Motor Vehicle Safety Standards ("FMVSS") have mandated that all cars on U.S. roadways be equipped with working vehicle locks.  *See* FMVSS 206. As the National Highway and Safety Administration ("NHTSA") has made clear, the purpose in mandating operational door locks in U.S.-driven vehicles is "to minimize the likelihood of occupants being thrown from a vehicle as a result of impact." NHTSA Test Procedure for FMVSS No. 206 "Door Locks and Door Retention Components" (Feb. 19, 2010), at 2.  It is quite apparent, then that a vehicle door lock that is not locked by the driver or vehicle occupants for fear that doing so will prevent these occupants from

unlocking the doors, therefore, fails to provide the door lock protection mandated and called for by FMVSS 206, thereby posing a serious safety concern of its own.

8.     Ultimately, in February 2014, Ms. Davison saved enough money to have the driver's side door fixed. The lock on the passenger side door, however, remains inoperable presenting the same safety issues described above.

9.     Ms. Davison is not alone in this plight.  As demonstrated below, the internet shows hundreds of Kia owners complaining about the same problem.  Indeed, approximately 34% of the complaints lodged by Kia Optima owners of Class Vehicles on the National Highway Traffic Safety Administration ("NHTSA") website were for this very Door Latch Defect.

10.     Despite notice and knowledge of this defect from the numerous consumer complaints it has received, information received from dealers, NHTSA complaints, and its own internal records, Kia has not recalled the Class Vehicles to repair the defect, offered its customers a suitable repair or replacement free of charge, or offered to reimburse its customers who have incurred out of pocket expenses to repair the defect. Upon information and belief, Defendant knew at the time of the original sale of Plaintiff's vehicle of the existence of the Door Lock Defect but failed to disclose this defect to Plaintiff or to consumers of the Class Vehicles at large.

11.     As a result of Defendant's unfair, deceptive and/or fraudulent business practices, owners and/or lessees of Class Vehicles, including Plaintiff, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendants were conducted in a manner giving rise to substantial aggravating circumstances.

12.     Had Plaintiff and other Class members known about the Door Lock Defect at the time of purchase, they would not have bought the Class Vehicles, or would have paid substantially less for them.

Case No.                                                                                    COMPLAINT

13.     As a result of the Door Lock Defect and the considerable monetary costs associated with attempting to repair such defect, Plaintiffs and Class members have suffered injury in fact, incurred damages and have otherwise been harmed by Kia's conduct.

14.     Plaintiff brings this action on behalf of herself and those similarly situated pursuant to California Business & Professions Code §17200 et seq., and the Consumer Legal Remedies Act, California Civil Code §1750 for restitution, injunctive, declaratory and equitable relief.

## JURISDICTION & VENUE

15.     This Court has subject-matter jurisdiction over all counts of this complaint under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) because the matter in controversy exceeds the sum or value of $5 million, exclusive of interest and costs.  To the extent that subject-matter jurisdiction over any count of this Class Action Complaint may be found lacking under 28 U.S.C. § 1332(d), this Court would and does still have supplemental subject-matter jurisdiction over such counts pursuant to 28 U.S.C. § 1367 because they arise from and share a common nucleus of operative facts or law as the remaining counts over which this Court does have subject-matter jurisdiction under 28 U.S.C. § 1332(d).

16.     Venue in this judicial district is also proper as the Defendant has its principal place of business within this judicial district and distributes and injects vehicles within the stream of commerce into this district.  Venue in this judicial district is, therefore, proper under 28 U.S.C. § 1391.

## PARTIES

17.     Plaintiff Colleen Davison is a resident of Washington, and the owner of a 2003 Kia Optima automobile.  In or around June 2013 the door locking mechanism on Ms. Davison's Kia Optima terminally failed preventing egress from the front doors of

the vehicles thereby putting her and her passenger's safety at risk.

18.    Defendant Kia Motors America, Inc. is a corporation organized under the laws of the State of California, and having its principal place of business at 111 Peters Canyon Road Irvine, California 92606.  Defendant is responsible for injecting Kia vehicles into the U.S. stream of commerce—a task it performs through a network of thousands of Kia-authorized automobile dealers in the United States.  Defendant is responsible for the pre and post-sale marketing of Kia automobiles throughout the United States, as well as the distribution of the same.

## ALLEGATIONS

19.    Plaintiff  Davison is the owner of a 2003 Kia Optima  automobile. In June 2013, Ms. Davison began experiencing difficulty with the door locks on her vehicle, specifically the front driver and passenger doors.  At first, the key FOB failed to open the doors to the vehicle and would instead automatically lock the doors necessitating a manual unlocking of the vehicle from the outside.

20.    Unbeknownst to Ms. Davison, the failure of the door locking mechanism also rendered the doors un-openable from the inside which Ms. Davison realized only after having entering her vehicle and locking the doors.  The inability to open her car door from the inside forced her to climb over the front seat and exit from the rear of the vehicle, which she did on at least one occasion.

21.    Ms. Davison called Hansen Kia in Olympia Washington to explain what she was experiencing and that it posed a significant safety threat to both her and her passengers.  The Kia representative said the car was out of warranty and the repair, which would cost around $500.00, would be her responsibility.

22.    Ms. Davison did not have the funds to fix the vehicle and the time and was forced to drive it in its impaired condition.

23.    With the failure of the door locking mechanism, Ms. Davison was no longer able to unlock the doors from the inside of the vehicle and could only do so from the

Case No.                                                                                                      COMPLAINT

outside.  On more than one occasion, Ms. Davison was locked into the vehicle and could only egress by climbing over the front seat into the back of the vehicle and exiting the rear door.  After being trapped in the front of the vehicle, Ms. Davison could no longer take the risk of locking her vehicle while driving and thereafter did not.

24.     This defect put Ms. Davison in the horns of a dilemma -- on the one hand drive with locked doors and face a serious safety risk by being unable to promptly and properly exit the vehicle or on the other hand, drive with a vehicle that is permanently unlocked which poses a safety risk to vehicle occupants when the car is in use.

25.     Over the next few months, the process of manually locking and unlocking the doors from the outside became increasingly more difficult until the door lock mechanism ultimately became unresponsive to even manual manipulation.  By September 2013, Ms. Davison was unable to unlock her front doors by any method (i.e. using the FOB or manually) which meant that her vehicle could no longer be locked (either when driving or when it was parked and left alone) adding another level of safety risk a car owner faces when leaving an unattended vehicle unlocked.

26.     Ultimately, in February 2014, Ms. Davison saved enough money to have the driver's side door fixed. The lock on the passenger side door, however, remains inoperable presenting the same safety issues described above.

27.     Ms. Davison is not alone in this plight.  The internet shows hundreds of Kia owners complaining about the same problem.

28.     As reported on www. repairpal.com

Visitor, 2005 Kia Optima

Door latch won't open from inside or out, Kia needs to address this common problem now instead of waiting for a lawsuit

Sportynut,  2002 Kia Optima

When inside the car , and door locks are actuated The only way to unlock the door (s) is to roll the window down and use the key from the outside to sufficiently actuate the locking mechanism to be able to open the door. The Locks all go click... and the little buttons all move in acordance [sic] to what once was the unlock proceedure [sic]... but in order to get the mechanism to enguage [sic] sufficiently , the key must be used while simultaniously [sic] pulling the latch handle. Started on the drivers' door only... and now the passangers [sic] side is the same way...

Visitor, 2005 Kia Optima

Front door locks unable to unlock manually or useing [sic] the switch. Resorted to rolling window down hitting the switch toggle back and forth while pulling external door handle. I would think this is a safety hazard if in an accident

Visitor, 2006 Kia Optima

Drivers door won't open. When I pulled the interior door handle to exit the car the handle moved but the door would not open. The passenger and rear doors worked. The drivers' door would not open with the key either. You can hear the power door locks activate but the door will not open. After 15 minutes of trying different ways of pressing the power unlock on the remote the latch finally released. The door is open but after closing it again it failed to open. Took it to the dealer who replaced the latch at a cost of $255, cost to buy the latch at the dealer was $78 if I could do the repair myself.

29.    Aa As reported on www.cargurus.com

Clayton
I have a 2005 optima have the same problem, mine stopped working 2 weeks after warentey [sic] ran out , was five years old 61,000km, I looked online so many with the same problem but yet no recall. If your [sic] in AN ACCIDENT YOU WILL BE TRAPPED IN. wOULD i EVER BUY ANOTHER kIA NOT A CHANCE. cAR SUCKS AND THE DEALERS SUCK

Case No.                                                                                    COMPLAINT

Reportdrk122668

I just aquired [sic] a 2004 Kia, worked great, for a while. Now same problem. Can't get out of the driver side door. I've been researching this and beginning to think KIA needs to answer for this. It is a hazard to anyone driving there [sic] car(s). There are a lot of people who are having the same problem. Scary situation

30.    As reported on www.justanswer.com/kia/59rve-kia-optima-locks-unlock-you-pull-driver-door-handle.html, desperate consumers even fashioned home remedies in an effort to address the problem.

My Kia Optima is having problems with the auto locks. It started with when you turn the key in the driver door, all the doors unlock, and you can get in any of the other three doors. When you pull the driver door handle, it relocks the door. For a while, I could turn the key and pull the handle just rights, and it would open, and we just tried to avoid locking it. However, yesterday it accidentally got locked, and now I cannot get in the driver door no matter how hard I try. I have even tried pulling the fuse for that component [sic], and the door still relocks. How can I get in my driver door?  Adding an hour after original posting of question--I disconnected the battery, and even that didn't do anything, so maybe the problem is mechanical, not electronic?

Expert:  gunny44 replied

These Optimas have a problem with latches (the part that holds the door shut) and it needs to be replaced. The release lever tends to go next to the lock pawl rather than stay on top of it causing the latch to stay locked. If you can't unlock the door do the following.  With the glass rolled down Carefully pull the top of the door panel up over the top lip and toward the inside of the car. Take a long screw driver or whatever and try prying the plastic piece off of the latch inside the door. You can retrieve it when the door opens and a new latch will come with one.

Once plastic is off. In the middle of all these levers and rods you should see a square looking metal piece. With a long screwdriver, rod or dowel (something stiff) push down on this and the door should unlatch. If not try pushing, pulling on all levers while working the lock button and door handles. This is very hard to try and explain being online. Push, pull, wiggle and wobble until you hit the right combo. If all this fails, someone handy

9

Case No.                                                                                    COMPLAINT

with a slim jim may help.

Let me know how you make out. 95% sure latch is faulty.

31.     Most compellingly, NHTSA, the government agency tasked with setting and enforcing safety performance standards for motor vehicles and motor vehicle equipment, acknowledged no less than 281 complaints on this issue by putative class members accounting for approximately 34% of all consumer complaints on Kia Optima vehicles between 2001-2006.  Between 2003-2005, door latch complaints made up an average of 55% of all Kia Optima complaints.

### 2001 Optima

Date Complaint Filed: 11/19/2010
Component(s): LATCHES/LOCKS/LINKAGES
Date of Incident: 05/10/2009
NHTSA ID Number: 10366805
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD124X15...

FRONT PASSENGER SIDE DOOR CANNOT BE UNLOCKED AND IS UNUSABLE. THIS IS A SERIOUS SAFETY CONCERN THAT HAS AFFECTED ALL MODELS OF KIA AUTOS BUT KIA REFUSES TO ADDRESS THE ISSUE. *TR

### 2002 Optima

Date Complaint Filed: 03/14/2014
Component(s): LATCHES/LOCKS/LINKAGES , STRUCTURE
Date of Incident: 02/15/2014
NHTSA ID Number: 10572509
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD126025...

FRONT DOOR FAILS TO UNLOCK AFTER MULTIPLE ATTEMPTS. DOOR MUST BE UNLOCKED WITH A KEY, USING THE POWER LOCKS OR MANUALLY FLIPPING THE DOOR LOCK

Case No.                                                                                          COMPLAINT

DOESN'T DO IT, AND THE KEY ONLY UNLOCKS IT
APPROXIMATELY 1 OUT OF EVERY 20 TRIES. THERE ARE
MULTIPLE COMPLAINTS ABOUT THIS ONLINE, SEE FOR INSTANCE:
HTTP://WWW.KIA-FORUMS.COM/1G-2G-2001-2006-MAGENTIS-
OPTIMA/47179-2004-OPTIMA-DOOR-LOCK-FAULT.HTML. *TR

> Date Complaint Filed: 10/27/2014
> Component(s): LATCHES/LOCKS/LINKAGES
> Date of Incident: 10/06/2008
> NHTSA ID Number: 10650292
> Manufacturer: Kia Motors America
> Vehicle Identification No. (VIN): KNAGD128735...

TL* THE CONTACT OWNS A 2002 KIA OPTIMA. THE CONTACT
STATED THAT THE ACTUATOR DOOR LOCKS FOR THE FRONT
DRIVER AND PASSENGER DOORS FAILED. THE CONTACT STATED
THAT THE WINDOW WAS USED IN ORDER TO ENTER THE VEHICLE.
THE FAILURE OCCURRED ON NUMEROUS OCCASIONS. THE FRONT
PASSENGER ACTUATOR WAS REPAIRED PREVIOUSLY. THE
VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE
MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE
APPROXIMATE FAILURE MILEAGE WAS 70,000.

## 2003 Optima

> Date Complaint Filed: 02/02/2015
> Component(s): UNKNOWN OR OTHER
> Date of Incident: 06/07/2012
> NHTSA ID Number: 10680712
> Vehicle Identification No. (VIN):  KNAGD126135...

DOORS (ALL) WILL LOCK AFTER UNLOCKING WHEN YOU'RE
TRYING TO GET IN. I UNLOCK THE DOOR, EITHER MANUALLY OR
WITH THE KEY FOB, WHEN YOU PULL THE HANDLE TO OPEN THE
DOOR THE DOORS LOCK. YOU CAN PLAY WITH IT AND FINALLY
GET IN BUT I'VE HEARD ALOT OF PROBLEMS WITH THE SAME
THING ON THE SAME MODEL

> Date Complaint Filed: 12/18/2014
> Component(s): UNKNOWN OR OTHER

11

Date of Incident: 12/01/2014
NHTSA ID Number: 10667051
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD126135...

THE AUTO DOOR LOCK WOULD SNAP SHUT FROM INSIDE OR OUT. MY DAUGHTER HAVE TO CRAWL THROUGH THE PASSENGER SIDE.

Date Complaint Filed: 03/04/2014
Component(s): UNKNOWN OR OTHER
Date of Incident: 02/05/2011
NHTSA ID Number: 10567302
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD128135...

MY FRONT PASSENGER DOOR HAD BECOME COMPLETELY STUCK CLOSED AND WONT OPEN. THE LOCK MECHANISMS WORK FINE FOR ALL FOUR DOORS STILL AS WELL AS THE WINDOWS.

Date Complaint Filed: 01/27/2014
Component(s): STRUCTURE
Date of Incident: 01/01/2014
NHTSA ID Number: 10561606
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): Not Available

I HAD PARKED AT THE GROCERY STORE ONE NIGHT AND MY CAR DOOR WOULDN'T SHUT. IT APPEARED AS THOUGH THE LATCH WAS STUCK IN A POSITION THAT WOULDN'T CATCH. FINALLY, AFTER LIFTING THE DOOR HANDLE AND PUSHING THE DOOR SHUT, IT STAYED CLOSED. WHEN I CAME OUT OF THE STORE, I FOUND THAT THE DRIVER SIDE DOOR WOULD NOT OPEN. I TRIED USING THE KEY AND THE AUTOMATIC LOCK FEATURES, BUT NEITHER ALLOWED FOR THE DOOR TO OPEN. I NOW HAVE TO EXIT AND ENTER IN THE PASSENGER SIDE DOOR. IF I WERE TO GET INTO AN ACCIDENT, I WOULD BE TRAPPED. *TR

Date Complaint Filed: 12/26/2013
Component(s): ELECTRICAL SYSTEM , FUEL SYSTEM, GASOLINE , LATCHES/LOCKS/LINKAGES

Case No.                                                                      COMPLAINT

Date of Incident: 12/23/2010
NHTSA ID Number: 10557278
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD126X35...

TL* THE CONTACT OWNS A 2003 KIA OPTIMA. THE CONTACT
STATED THAT THE DRIVERS SIDE DOOR LOCKED AND SHE WAS
UNABLE TO UNLOCK IT MANUALLY OR BY USING THE KEY FOB.
SHE WAS FORCED TO CLIMB INTO THE BACK SEAT IN ORDER TO
EXIT THE VEHICLE. WHEN THE FAILURE RECENTLY RECURRED
ALL OF THE DOORS FAILED TO UNLOCK. THE VEHICLE WAS
TAKEN TO AN INDEPENDENT MECHANIC AND THE TECHNICIAN
REPLACED THE LOCKS; HOWEVER, THE VEHICLE WAS NOT
REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE
FAILURE. THE FAILURE MILEAGE WAS 80,000 AND THE CURRENT
MILEAGE WAS 90,000.

Date Complaint Filed: 05/01/2013
Component(s): LATCHES/LOCKS/LINKAGES , STRUCTURE
Date of Incident: 04/26/2013
NHTSA ID Number: 10510291
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD128535...

PASSENGER DOOR LOCKS AND WILL NOT UNLOCK WITHOUT
PUSHING THE UNLOCK BUTTON AND PULLING THE DOOR HANDLE
AT THE SAME TIME. IT TAKES ABOUT 5 TO 10 MINUTES TO GET
DOOR OPEN USING THIS METHOD. THIS IS A SERIOUS SAFETY
ISSUE WHICH COULD TRAP A PERSON IN THEIR CAR. *TR

Date Complaint Filed: 04/03/2013
Component(s): LATCHES/LOCKS/LINKAGES
Date of Incident: 02/13/2013
NHTSA ID Number: 10505583
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD128X35...

DOOR LOCK FOR THE DRIVERS SIDE DOES NOT WORK AND
ALSO DOES NOT UNLOCK. THIS PRESENTS A HUGE SAFETY
CONCERN, DRIVER CANNOT EXIT THE DRIVERS' DOOR! WE HAVE
BEEN ABLE TO UNLOCK THE DRIVERS' DOOR BUT IT WILL NOT

13

OPEN! I REVIEWED THE ISSUE ONLINE AND FOUND HUNDREDS OF THE SAME COMPLAINT. KIA NEEDS TO ADDRESS THE DRIVERS DOOR ISSUE ASAP AS IT IS A HUGE LIABILITY SINCE IT IS AN EXTREMELY COMMON PROBLEM. *TR

Date Complaint Filed: 08/08/2012
Component(s): LATCHES/LOCKS/LINKAGES
Date of Incident: 08/07/2012
NHTSA ID Number: 10469615
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): Not Available

KIA OPTIMA 2003. CAN NOT OPEN DRIVER DOOR. LOCK DOES NOT DISENGAGE WITH KEY OR POWER LOCK BUTTON. LOTS OF COMPLAINTS AND I AM SURE THERE LOTS MORE UNREPORTED. DOES 15 OR TWENTY OF US HAVE TO DIE BEFORE KIA IS FORCED TO FIX THIS ISSUE. NO INJURY, CRASH OR FATALLY YET........ *TR

### 2004 Optima

Date Complaint Filed: 01/08/2015
Component(s): ELECTRICAL SYSTEM
Date of Incident: 12/01/2014
NHTSA ID Number: 10671024
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD128245...

TL* THE CONTACT OWNS A 2004 KIA OPTIMA. THE CONTACT STATED THAT THE DRIVER SIDE DOOR FAILED TO UNLOCK FROM OUTSIDE AND INSIDE THE VEHICLE. THE CONTACT COULD NOT UNLOCK THE DOOR MANUALLY OR WITH BY USING THE KEY FOB. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHO DIAGNOSED THAT THE DOOR ACTUATOR SWITCH FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 100,000.

Date Complaint Filed: 11/05/2014
Component(s): STRUCTURE
Date of Incident: 04/01/2014
NHTSA ID Number: 10652810

14

Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD128445...

DRIVER'S DOOR LOCKS AND CANNOT BE OPENED WITH A KEY AND DOES NOT OPEN ONCE INSIDE OF THE CAR. THE OPERATOR ESSENTIALLY IS LOCKED IN THE CAR. IN THE EVENT OF A CRASH OR FIRE, THE OCCUPANT MAY NOT BE ABLE TO EASILY VACATE THE VEHICLE; THE ONLY WAY WOULD BE TO CLIMB OVER THE CONSOLE TO THE PASSENGER COMPARTMENT OR THE REAR TO EXIT THE PASSENGER DOORS. THERE HAVE BEEN NUMEROUS COMPLAINTS WITH NO ACTION TAKEN BY THE MANUFACTURER TO REMEDY THE DEFECT AND AFFECTS MULTIPLE MANUFACTURING YEARS. IN MY OPINION IT CLEARLY IS A SAFETY ISSUE.

Date Complaint Filed: 11/04/2014
Component(s): UNKNOWN OR OTHER
Date of Incident: 08/05/2011
NHTSA ID Number: 10652476
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD126545...

KIA OPTIMA PROBLEM MODEL YEARS AFFECTED: 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, 2011, 2013 THE DRIVER FRONT DOOR LOCK ON MY 2004 KIA OPTIMA STARTED GIVING ME PROBLEMS. IF I AM IN THE CAR AND LOCKED THE DOOR, I COULD NOT UNLOCK IT. IF I WAS OUTSIDE AND TRY TO USE THE KEY TO UNLOCK THE DOORS, IT WOULD NOT UNLOCK. IF I TRIED TO USE THE KEY, IT FELT LIKE SOMETHING WAS JAMMING, AND THE ACTUATOR WOULD AUTOMATICALLY RELOCK. I TOOK THE CAR TO THE LOCAL KIA DEALERSHIP AND THE SHOP TOLD ME THAT IT WAS A FAULTY DOOR LOCK ACTUATOR.THE MECHANIC DID NOT OPEN THE DOOR BUT SAID THAT THIS WAS A COMMON PROBLEM. THEY ESTIMATED COST IS $300+ INCLUDING LABOR TO REPAIR. AS AN INTERIM SOLUTION, THE MECHANIC TOLD US TO "TURN THE KEY AND PULL THE HANDLE SIMULTANEOUSLY". THE TRICK WORKED ABOUT 30% OF THE TIME. IT STILL DOES NOT SOLVE THE FACT THAT ONCE YOU'RE INSIDE, YOU HAVE TO CRAWL OUT THROUGH THE PASSENGER SIDE TO EXIT OR GO DUKES OF HAZARD ON IT.

## 2005 Optima

Date Complaint Filed: 11/26/2014
Component(s): ELECTRICAL SYSTEM
Date of Incident: 11/22/2014
NHTSA ID Number: 10661055
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): Not Available

I BELIEVE THIS PROBLEM SHOULD BE A RECALL. THIS IS A
SAFETY ISSUE AND NEEDS TO BE CORRECTED BY THE
MANUFACTURER. WE HAD THE SAME PROBLEM WHERE THE
DRIVER DOOR WOULD NOT OPEN NO MATTER WHAT YOU DID,. IT
WOULDN'T OPEN FROM THE INSIDE OR THE OUTSIDE. ALL THE
OTHER DOORS WOULD OPEN, BUT THE DRIVER DOOR. IF YOU
OPENED IT WITH THE KEY IT CLICKED, BUT WHEN YOU PULLED
THE HANDLE TO OPEN THE DOOR IT WOULD LOCK.. IN ORDER TO
GET OUT OF THE CAR MY HUSBAND, WHO HAS A BAD BACK HAD
TO CLIMB OVER THE CENTER CONSOLE. YOU WOULDN'T BE ABLE
TO GET OUT IN AN EMERGENCY AND THIS ISSUE NEEDS TO BE
ADDRESSED. ANOTHER ISSUE THAT WE ARE HAVING IS WE ARE
ALWAYS REPLACING BULBS IN THE HEADLIGHTS AND
TAILLIGHTS; ABOUT ONCE A MONTH. WE ARE FOREVER GETTING
PULLED OVER BY THE POLICE TO TELL US OUR HEADLIGHT OR
TAILLIGHT IS OUT. THERE SEEMS TO BE A LOT OF ELECTRICAL
PROBLEMS WITH THIS CAR AND THEY NEED TO BE ADDRESSED.
THE REPAIR COST FOR THE DOOR WAS $400.00 AND WE SHOULD
BE REFUNDED AS WELL AS EVERYONE ELSE WHO HAS PAID TO
REPAIR THIS DEFECTIVE ISSUE.

Date Complaint Filed: 09/16/2014
Component(s): ELECTRICAL SYSTEM , UNKNOWN OR OTHER
Date of Incident: 09/16/2014
NHTSA ID Number: 10633816

DRIVER'S DOOR WILL NOT OPEN, FROM EITHER INSIDE OR
OUTSIDE. THE LOCKING MECHANISM WILL NOT UNLOCK,
LEAVING NO EASY ACCESS OR EXIT TO OR FROM THE DRIVER'S
SEAT. THIS IS QUITE A HAZARD AS THE OPERATOR COULD
BECOME TRAPPED IN THE CAR IN AN EMERGENCY (AND THE

16

PROBLEM HAS BEEN REPORTED ALL OVER THE INTERNET FOR SOME YEARS NOW AS BEING VERY COMMON TO THIS PARTICULAR CAR). WHY HAS NHTSA BEEN IGNORING THIS PROBLEM?

### 2006 Optima

Date Complaint Filed: 12/14/2014
Component(s): UNKNOWN OR OTHER
Date of Incident: 12/13/2014
NHTSA ID Number: 10664181
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): Not Available

DOOR LOCK WILL NOT UNLOCK THUS DOOR WILL NOT OPEN. DOOR LOCK WILL NOT UNLOCK WITH THE KEY ON EITHER DOOR NOR THE AUTOMATIC OR MANUAL DOOR LOCK. THIS HAS RESULTED IN HAVING TO EXIT THE VEHICLE FROM THE PASSENGER DOOR. THIS IS SPORADIC AND NOT ON A REGULAR BASIS.UPON SEARCHING THE INTERNET THIS IS A VERY COMMON PROBLEM ACROSS THE KIA BRAND EFFECTING NUMEROUS MODELS AND YEARS. MY MAIN CONCERN IS UNDER AN EMERGENCY, THERE IS NO QUICK/SAFE WAY TO EXIT THE VEHICLE.

Date Complaint Filed: 10/01/2014
Component(s): LATCHES/LOCKS/LINKAGES , STRUCTURE
Date of Incident: 09/03/2012
NHTSA ID Number: 10640459
Manufacturer: Kia Motors America
Vehicle Identification No. (VIN): KNAGD126965...

TL* THE CONTACT OWNS A 2006 KIA OPTIMA. WHILE ATTEMPTING TO EXIT THE VEHICLE, THE FRONT DRIVER SIDE DOOR FAILED TO UNLOCK FROM THE INSIDE. THE CONTACT HAD TO ROLL DOWN THE WINDOW AND USE THE EXTERIOR DOOR HANDLE IN ORDER TO UNLOCK THE DOOR. THE DEALER WAS UNABLE TO DIAGNOSE THE CAUSE OF THE FAILURE. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 40,000.

Case No.                                                          COMPLAINT

## CLASS ACTION ALLEGATIONS

32.     Pursuant to Federal Rule of Civil Procedure 23, Plaintiff brings this action as a class action on behalf of herself and all other similarly situated owners within the United States of model year 2001-2006 Kia Optima automobiles.  Excluded from the class are all federal, state, and local government officials, as well as all judicial officers assigned to this case and their staff.  Plaintiff reserves the right to amend this class definition upon the attainment of discovery.

33.     Although the exact number of class members is presently unknown, Plaintiff is informed and believes that at least thousands of 2001-2006 Kia Optima automobiles have been sold in the United States.  The members of the class are so numerous that joinder of all members is impracticable.

34.     Class certification is also appropriate because there is an identifiable class on whose behalf this class action would be prosecuted.  Specifically, Plaintiff seeks to represent a class of all owners of model year 2001-2006 Kia Optima automobiles.  Upon information and belief, all of these vehicles were manufactured with the same defect whereby the door latch mechanism routinely fails preventing egress from the front driver and passenger side doors.

35.     Class certification is also appropriate because there are questions of fact and/or law that are common to the class members, and that predominate over any issues that may affect only individual members of the class.  Among these predominating common questions of fact and/or law are:

        a.  Whether Defendant is responsible for injecting allegedly defective vehicles into the stream of commerce;

        b.  Whether the 2001-2006 model year Kia Optima automobiles are defective in that the door latches catastrophically fail preventing egress from the vehicles;

        c.  Whether Kia failed to disclose this material defect and warn

Case No.                                                                                     COMPLAINT

consumers and, whether such nondisclosure amounts to an unfair and/or deceptive trade practice under the pertinent California statutes;

d. Whether class members are entitled to the relief sought, and if so, the proper scope of such relief.

36.    Plaintiff's claims are typical of the claims of the absent class members in that Plaintiff, like all the absent class members, claim that she is an owner of a 2001-2006 model year Kia Optima automobile that suffers from a latent defect in the door latch system that poses a safety hazard to vehicle occupants by preventing the door from being opened from the inside.  Like the claims of all absent class members, Plaintiff also alleges that Kia's failure to disclose or warn about this material defect, and that this omission constitutes an unfair or deceptive trade practice.   As a result, Plaintiff, like the putative class members, seeks redress to recover for the loss that has come about as a direct, proximate, and foreseeable result of Kia's conduct.  Plaintiff is a member of the class she seeks to represent.  The claims Plaintiff advances on her own behalf are identical to the claims asserted on behalf of the members of the class that she seeks to represent.

37.    Plaintiff is an adequate class representative in that, as a member of the class she seeks to represent and as an owner of an allegedly defective 2001-2006 model year Kia Optima automobiles, her interests are entirely aligned with those of the class.  There are no individual conflicts that prevent Plaintiff from adequately representing the class.  Plaintiff has also retained competent counsel experienced in class action litigation.

38.    Class certification is proper because Kia has acted or refused to act on grounds generally applicable to the entire class.  Specifically, Kia has injected into the stream of commerce the allegedly defective 2001-2006 model year Kia Optima automobiles, and has refused to take any action to rectify the alleged defect.  Absent a class action, there would be a risk of inconsistent rulings with respect to Kia's duties to each of the thousands of putative class members.

39.   A class action presents a superior form of adjudication over individual litigation.  The costs of litigating this action against a large and sophisticated defendant like Kia in comparison to the recovery or relief sought would make individual litigation impracticable.  In addition, forcing individual litigation would risk the result of inconsistent rulings with respect to Kia's duties owed to the various vehicle owners.

40.   A class action is manageable.  The proposed class represents an identifiable community that can be readily identified, and the relief sought is one that can be overseen by the Court.

## COUNT I
### (VIOLATION OF THE CALIFORNIA CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE §1750 et. seq.)

41.   Plaintiff hereby incorporates by reference each and every allegation of this complaint with the same force and effect as if it had been fully restated herein.

42.   Defendant has violated the following provisions of the Consumer Legal Remedies Act, Cal. Civ. Code §1750 et. seq.:

    a.  Cal. Civ. Code §1770(a)(5): by representing that its goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have;

    b.  Cal. Civ. Code §1770(a)(7): by representing that its goods or services are of a particular standard, quality, or grade, if they are of another;

43.   Defendant undertook the above and acts or practices in transactions intended to result, or which did result, in the sale of its vehicles to customers for personal, family, or household use.

44.   Defendant has therefore violated the Consumers Legal Remedies Act, and Plaintiff, at this time, prays for equitable and injunctive relief authorized by that Act, and for such additional relief as is set forth below.

Case No.                                                                              COMPLAINT

45.     Pursuant to Cal. Civ. Code §1782, in conjunction with the filing of this action, Plaintiff's counsel is notifying Defendant by separate letter of the particular violations of the CLRA and demanding that it correct or agree to correct the action described herein. If Defendant fails to do so, Plaintiff will amend this Complaint as of right (or otherwise seek leave to amend the Complaint) to include compensatory and monetary damages to which Plaintiff and the class would then be entitled.

## COUNT II
### (VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW, CAL. BUS. AND PROFESSIONS CODE, § 17200 ET. SEQ.).

46.     Plaintiff hereby incorporates by reference each and every allegation of this complaint with the same force and effect as if it had been fully restated herein.

47.     Plaintiff brings this count of this complaint on behalf of herself and all other owners of 2001-2006 Kia Optima automobiles.

48.     California's Unfair Competition Law ("UCL") prohibits and makes actionable any unlawful, unfair, or deceptive business practice.  Kia's actions, as alleged herein, in connection with the sale and marketing of 2001-2006 Kia Optima vehicles with a latent door latch defect which renders affected doors inoperable.  The defect presents a significant safety hazard to the vehicle occupants.

49.     For at least the reasons alleged in Count I of this complaint, Kia's actions are an unlawful business practice.

50.     In addition, a business act or practice is "unfair" under the UCL if the reasons, justifications and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged victims.

51.     Kia's marketing and sale of the 2001-2006 Kia Optima vehicles With a latent defect that renders it unsafe to operate also amounts to an unfair and deceptive business practice within the meaning of the UCL as there is no reason or justification for Kia's actions.

Case No.                                                                                                    COMPLAINT

52.     As a direct, proximate, and foreseeable result of Kia's unfair and/or deceptive trade practice, Plaintiff Davison and the putative class members have sustained an ascertainable loss and actual damages, in that they had to pay to replace a defective door latch.

53.     Plaintiff  and the class members are entitled to and do seek an order of restitution forcing Kia to restore to them the benefits and monies they spent in connection with any repair or replacement of the door latches on these vehicles.

54.     Plaintiff and the class is also entitled injunctive relief to enjoin Defendant from continuing to refuse to acknowledge and repair the Door Lock Defect free of charge..

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and the class members pray for judgment against Defendant as follows:

      A.    That the Court determine that this action may be litigated as a class action, and that Plaintiff and her counsel be appointed class representatives and class counsel, respectively;

      B.    That Defendant be permanently enjoined from continuing in any manner the violations alleged herein;

      C.    That judgment be entered against Defendant and in favor of Plaintiff and the class members on all counts;

      D.    That Defendant be ordered to bear the cost of notifying the absent class members of this class action, and of the class members' rights respecting the same;

Case No.                                                                                                    COMPLAINT

E.    That the Court enter an Order requiring Defendant to  restore to aggrieved Class members any money conveyed to Defendant for the purchase of the Class Vehicles or for the repair of the Door Lock Defect;

F.    That the Court order the creation of a common fund from which Plaintiff and their counsel shall be awarded their reasonable costs of suit, including reasonable attorneys' fees and expenses incurred in prosecuting this class action and in conferring a common benefit upon the class members;

G.    That Plaintiff and the class members be awarded all such other relief as this Court deems just and proper.

23

Case No.

COMPLAINT

1
2                              **JURY DEMAND**
3           Plaintiff respectfully request a trial by jury on all claims and causes of action
4      properly triable before a jury.
5
6        Dated: February 11, 2015              Respectfully Submitted,
7
8
9                                              Michael D. Braun
10                                             **BRAUN LAW GROUP, P.C.**
11                                             10680 W. Pico Blvd., Suite 280
12                                             Los Angeles, CA 90064
13                                             Phone:  (310) 836-6000
14                                             Fax:     (310) 836-60106
15                                             E-Mail: service@braunlawgroup.com
16
17                                             Roy A. Katriel
18                                             **THE KATRIEL LAW FIRM**
19                                             4225 Executive Square, Suite 600
20                                             La Jolla, CA 92037
21                                             Tel:    (858) 242-5642
22                                             Fax:    (858) 430-3719
23                                             E-mail: rak@katriellaw.com
24
25                                             *Counsel for Plaintiff*
26
27
28
                                        24

Case No.                                                                COMPLAINT