1  CARLOS M. LAZATIN (S.B. #229650)
   clazatin@omm.com
2  MICHAEL REYNOLDS (S.B. #270962)
   mreynolds@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  Attorneys for Defendant
   KIA MOTORS AMERICA, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SOUTHERN DIVISION**

11

| | |
|---|---|
| COLLEEN DAVISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.,<br><br>Defendant. | Case No. SACV15-00239 CJC (RNBx)<br><br>**CLASS ACTION**<br><br>**KIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS AND/OR STRIKE ALLEGATIONS IN COMPLAINT**<br><br>Concurrently filed/lodged with Supporting Declaration of Michael Reynolds and [Proposed] Order<br><br>Hearing Date: April 27, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 27, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendant Kia Motors America, Inc. ("Kia") will request that the Court take judicial notice under Rule 201 of the Federal Rules of Evidence of the documents discussed below in support of Kia's Motion to Dismiss and/or Strike Allegations in Complaint ("Motion"):

***The Online Complaints***:  Kia requests that the Court take judicial notice of three copies of internet websites referenced in the Complaint, which appear to contain several complaints from Kia owners related to the alleged defect.  Compl. ¶¶ 28–30.  The Court may take judicial notice of these documents under the "incorporation by reference" doctrine as documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading."  *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (citing *In re Silicon Graphics Inc. Sec. Litig*., 183 F.3d 970, 986 (9th Cir. 1999); *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994)).  This rule serves the critical policy interest of "preventing plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting references to documents upon which their claims are based."  *Zella v. E.W. Scripps Co*., 529 F. Supp. 2d 1124, 1131 (C.D. Cal. 2007) (citation omitted).

Accordingly, Kia hereby seeks judicial notice of the following internet postings to which Plaintiff made reference in her Complaint:

- Postings from www.RepairPal.com, which Plaintiff references at paragraph 28 of the Complaint, true and correct copies of which are attached as **Exhibit 1** to the Declaration of Michael Reynolds (the "Reynolds Declaration");
- Postings from www.cargurus.com, which Plaintiff references at

paragraph 29 of the Complaint, true and correct copies of which are attached as **Exhibit 2** to the Reynolds Declaration; and

- Postings from www.justanswer.com, which Plaintiff references at paragraph 30 of the Complaint, true and correct copies of which are attached as **Exhibit 3** to the Reynolds Declaration.

*The Kia Warranty*: Kia also requests that the Court take judicial notice of the new vehicle limited warranty for the Kia Optima, model year 2003. The Court may also take judicial notice of the warranty under the "incorporation by reference" doctrine because the Complaint refers to the warranty at paragraphs 3 and 21. *See Knievel*, 393 F.3d at 1076; *Branch*, 14 F.3d at 454; *see also, e.g.*, *Parenteau v. General Motors, LLC*, No. CV 14–04961–RGK (MANx). 2015 WL 1020499, at *8 (C.D. Cal. Mar. 5, 2015); *Avedisian v. Mercedes-Benz USA, LLC*, No. CV 12-00936 DMG CWX, 2013 WL 2285237, at *1 (C.D. Cal. May 22, 2013) (taking judicial notice of manufacturer warranties in cases alleging vehicle defects). Because this document is referred to in the Complaint, judicial notice is appropriate. A true and correct copy of relevant excerpts from the 2003 Kia Motors Warranty and Consumer Information Manual is attached as **Exhibit 4** to the Reynolds Declaration.

For the foregoing reasons, Kia requests that the Court take judicial notice of Exhibits 1 to 4 to the Reynolds Declaration in ruling on Kia's Motion.

Dated: March 24, 2015

CARLOS M. LAZATIN
MICHAEL REYNOLDS
O'MELVENY & MYERS LLP

By: /s/ Michael Reynolds
MICHAEL REYNOLDS

Attorneys for Defendants
KIA MOTORS AMERICA, INC.