Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax:   (310) 836-60106
E-Mail: service@braunlawgroup.com

Roy A. Katriel (265463)
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel:   (858) 242-5642
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| COLLEEN DAVISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIA MOTORS AMERICA, INC.<br><br>Defendant. | **CASE NO. 8:15-CV-00239-CJC-RNB**<br><br>**CLASS ACTION**<br><br>**PLAINTIFF COLLEEN DAVISON'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>**Judge: Hon. Cormac J. Carney**<br>**Courtroom: 9B** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Colleen
2  Davison, by and through her undersigned counsel, hereby files her Notice of Voluntary
3  Dismissal of her First Amended Complaint without prejudice in the above-entitled action.

Dated: July 20, 2015

Respectfully Submitted,

/s/ Michael D. Braun
_____
Michael D. Braun
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax:    (310) 836-60106
E-Mail: service@braunlawgroup.com


Roy A. Katriel
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel:   (858) 242-5642
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com


*Counsel for Plaintiff*

1

*Davison v. Kia Motors America, Inc.*

Case No. 8:15-cv-00239-CJC-RNB
Pltf's Notice of Voluntary Dismissal